# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/10/25__

## STEVEN R. SMITH
### ATTORNEY AT LAW

* ADMITTED TO NEW YORK
AND NEW JERSEY BARS
USDC SOUTHERN & EASTERN
DISTRICTS

1325 FRANKLIN AVENUE, SUITE 235
GARDEN CITY, NEW YORK 11530

TELEPHONE (516) 741-5454
**TELEFAX  (516) 741-5557
** EMAIL: steven@srsnylaw.com
**Not for service of legal papers

## LETTER MOTION

December 5, 2025

**Magistrate Judge Barbara C. Moses**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007-1312

RE:  **Hawkins v. Retsila Cab Corp. et al**
Plaintiff:    **AARON HAWKINS**
D/L:        08/21/2022
**Docket No.:    1:25-cv-09242-VSB-BCM**
Our File No.:  94-3809

Dear Magistrate Judge Moses:

This office represents The Plaintiff **AARON HAWKINS** in connection with the above-referenced matter. An "Initial Case Management Conference" has been scheduled by the Court for Tuesday, January 20, 2026.  Unfortunately, both myself and Defense counsel Julie Molod, Esq. will be out of the state on that date and so we are mutually requesting that The Court kindly adjourn this matter.  I had been told by your chambers that you have availability on Wednesday, January 28, 2026 at 11:00 a.m. and so we respectfully jointly request an adjournment to that date and time under these circumstances.

Thank you for your courtesy and kind attention to this matter.

Very truly yours,

STEVEN R. SMITH, ESQ.

HAWKLT11
SRS/mvs

Cc: **Julie E. Molod, Esq.**
Molod Spitz & DeSantis, P.C.
1430 Broadway, 21st Floor, New York, NY  10018
jmolod@molodspitz.com

Application GRANTED. The initial case management conference scheduled for January 20, 2026 is hereby ADJOURNED to **January 28, 2026 at 11:00 a.m.** SO ORDERED.

Barbara Moses
United States Magistrate Judge
December 10, 2025