UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON HAWKINS,

        Plaintiff,

-against-

RETSILA CAB CORP., *et al.*,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/28/26__

25-CV-9242 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed on the record at the April 28, 2026 telephonic status conference:

1. No later than **May 8, 2026,** new lead counsel for defendants must file a Notice of Appearance in this case.

2. No later than **May 29, 2026**, lead counsel for both plaintiff and defendants must meet and confer for at least 30 minutes, in good faith and in real time, regarding settlement. During that conference, counsel must review the evidence as to liability and damages and exchange at least one good faith settlement offer and counteroffer.

3. No later than **June 1, 2026**, the parties must submit a joint letter confirming that they met and conferred, as required above, and advising the Court whether they believe a judicially supervised settlement conference would be productive.

Dated: New York, New York
      April 28, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**