USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/05/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON HAWKINS,

                    Plaintiff,

          -against-

RETSILA CAB CORP., *et al*.,

                    Defendants.

25-CV-9242 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of the parties' status letter dated May 29, 2026 (Status Ltr.) (Dkt. 21),[1] reporting the status of their settlement negotiations and stating that, in their view, "a judicially supervised settlement conference would be productive." Status Ltr. at 1. In the same letter, however, plaintiff complains about defendants' objections to plaintiff's document demands, and the parties "request a conference with Your Honor to take up this issue." Status Ltr. at 1.

As explained at the initial case management conference on January 28, 2026 (*see* Dkt. 15 ¶ 16), any party seeking judicial resolution of a discovery dispute must request a discovery conference by letter-application in accordance with Local Civ. R. 37.2 and Moses Ind. Prac. § 2(b).

The parties' May 29, 2026 status letter also reveals that they did not complete fact discovery by May 12, 2026, as directed. *See* Dkt. 15 ¶ 4. Extension requests must also be made by letter-application. *See id*. ¶ 14.

It is not clear to the Court whether the parties seek a judicially-supervised settlement conference before or after resolving their pending discovery dispute and/or completing discovery. Consequently, the parties must clarify this, in writing, **no later than June 19, 2026**. Additionally,

---

[1] The Court construes the May 29, 2026 letter as a joint letter (*see* Dkt. 19 ¶ 3), notwithstanding that it is signed only by defendants' counsel.

should they require judicial resolution of their discovery dispute and/or extensions of their discovery deadlines, they must, by that date, file the required letter-application(s).

Dated: New York, New York
      June 5, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2